IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **JOHN THOMAS MILLER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JEFFERSON S. DUNN, et al,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.:**<br>**4:17-CV-180-VEH** |

## ORDER SETTING SCHEDULING CONFERENCE

As the parties have requested a hearing, a scheduling conference in the above-styled cause is set for **Thursday, August 17, 2017 at 2:30 P. M., in the 6th floor JURY ROOM of the undersigned**. One counsel of record for each party **MUST** appear in person. No counsel shall be allowed to participate by telephone.

**DONE** and **ORDERED** this the **9th** day of **August, 2017.**

*/s/ Virginia Emerson Hopkins*

**VIRGINIA EMERSON HOPKINS**
**United States District Judge**