FILED
2017 Aug-18 AM 08:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN THOMAS MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:17-CV-180-VEH |
| ) | |
| JEFFERSON S. DUNN, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO CONSOLIDATE DISCOVERY

COME NOW the parties and jointly move this Honorable Court to consolidate discovery in this case, along with the following cases, before the Honorable John E. Ott, Magistrate Judge:

*Michael Stanley Townsel v. Kim Thomas, et al.*
*U.S. District Court – Northern District of Alabama, Middle Division*
*Case No.: 4:17-cv-516-VEH*

*William Casey v. Kim Thomas, et al.*
*U.S. District Court – Northern District of Alabama, Middle Division*
*Case No.: 4:17-cv-563-JEO*

*Anthony Zeller v. Kim Thomas, et al.*
*U.S. District Court – Northern District of Alabama, Middle Division*
*Case No.: 4:17-cv-564-KOB*

*Michael McGregor v. Kim Thomas, et al.*
*U.S. District Court – Northern District of Alabama, Middle Division*
*Case No.: 4:17-cv-593-VEH*

Respectfully submitted this 18th day of August, 2017.

                                  */s/ C. Richard Hill, Jr.*
                                  **C. RICHARD HILL, JR. (ASB-0773-L72C)**
                                  **ROBERT F. NORTHCUTT (ASB-9358-T79R)**
                                  **W. ALLEN SHEEHAN (ASB-7274-L69S)**

                                  *Counsel for Defendants*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8049
Facsimile: (334) 323-8888
Email: Allen.Sheehan@chlaw.com
       Bob.Northcutt@chlaw.com
       Rick.Hill@chlaw.com


                                  */s/ Bart G. Harmon*
                                  **Bart G. Harmon (ASB-4157-R61B)**
                                  *Counsel for Defendants*

**Alabama Department of Corrections**
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Telephone: (334) 353-3881
Bart.Harmon@doc.alabama.gov

/s/ Henry F. (Hank) Sherrod III
**Henry F. (Hank) Sherrod III**
**(ASB-1200-D63H)**
*One of Plaintiff's Attorneys*

Henry F. Sherrod, III
**HENRY F. SHERROD, III, P.C.**
119 South Court Street
P.O. Box 606
Florence, AL 35631-0606
hank@alcivilrights.com

/s/ Ruth Z. Brown
**Ruth Z. Brown**
*One of Plaintiff's Attorneys*

Russell Rourke Ainsworth
Ruth Zemel Brown
Sarah Grady
Theresa Kleinhaus
**LOEVY & LEOVY**
311 N. Aberdeen Third Floor
Chicago, IL 60607
ruth@loevy.com

/s/ Philip G. Piggott
**Philip G. Piggott**
**(ASB-4379-P67P)**
*Counsel for Defendant, Dr. Walter Wilson*

Philip G. Piggot
**STARNES DAVIS FLORIE LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
pgp@starneslaw.com