# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOHN THOMAS MILLER,** )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>**JEFFERSON DUNN, et al.,** )<br>)<br>Defendants. )<br>_____ )<br>)<br>**MICHAEL STANLEY TOWNSEL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KIM THOMAS, et al.,** )<br>)<br>Defendants. )<br>_____ )<br>)<br>**WILLIAM CASEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KIM THOMAS, et al.,** )<br>)<br>Defendants. )<br>_____ | **Case No.: 4:17-CV-0180-VEH**<br><br><br><br><br><br><br><br><br><br>**Case No.: 4:17-CV-0516-VEH**<br><br><br><br><br><br><br><br><br>**Case No.: 4:17-CV-0563-JEO** |

| | |
|---|---|
| ANTHONY ZELLER | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 4:17-CV-0564-KOB |
| KIM THOMAS, et al., | ) |
|     Defendants. | ) |
| _____ | ) |
| MICHAEL MCGREGOR, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 4:17-CV-0593-VEH |
| | ) **UNOPPOSED** |
| KIM THOMAS, et al., | ) |
|     Defendants. | ) |

## JOINT REPORT AND MOTION

COME NOW the Plaintiffs and Defendants in the above-referenced causes, by and through undersigned counsel, and file this Joint Report and Motion with the Court stating as follows:

### I. Report on Requests for Admissions

In the Court's Scheduling Order (Doc. 61) filed November 30, 2017, the parties were directed in Section 4 to present a proposal to the Court regarding requests for admissions by February 15, 2018. The parties respectfully request that deadline be extended in accordance with the joint request for an extension of all deadlines set forth in Section II below.

2

## II. Motion to Extend Deadlines

These cases are heavily document intensive. In connection with the Reports of Parties' Planning Meeting, the parties had agreed that Defendants would produce to Plaintiffs in these cases the documents the Alabama Department of Corrections ("DOC") had produced in the *Duke* litigation previously filed in the Northern District. It was believed at the time that production would include approximately 30,000 pages. Thereafter, it was learned the *Duke* Production included approximately 250,000 pages or more produced by DOC and in excess of 6,700 pages of documents produced by the Equal Justice Initiative. In addition, the Defendants intend to produce approximately 10,000 pages of documents this week in response to Plaintiffs' Requests for Production in these five cases. In reaching an agreement on deadlines in the Reports of Parties' Planning Meeting, counsel for the parties in these cases never contemplated the volume of documentation involved in these cases.

Plaintiffs have sued more than 20 DOC employees. Defense counsel understands that approximately half or more of those individuals no longer work for the St. Clair Correctional facility and several of that number no longer work for DOC. At least one Defendant lives in Nevada. Accordingly, scheduling depositions will involve more locations and complications than originally contemplated. Based on these reasons, the parties have agreed to an extension of all deadlines in these five cases of four months.

Respectfully submitted this 15th day of February, 2018.

                                                              */s/ Robert F. Northcutt*
                                                              Robert F. Northcutt (ASB-9358-T79R)
                                                               W. Allen Sheehan (ASB-7274-L69S)
                                                               C. Richard Hill, Jr. (ASB-0773-L72C)
                                                               *Counsel for Defendants*

CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069
Email: Allen.Sheehan@chlaw.com
        Bob.Northcutt@chlaw.com
        Rick.Hill@chlaw.com

                                                             */s/ Bart G. Harmon*
                                                             Bart G. Harmon (ASB-4157-R61B)
                                                             Counsel for Defendants

ALABAMA DEPARTMENT OF CORRECTIONS
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Bart.Harmon@doc.alabama.gov

                                                    */s/ Henry F. (Hank) Sherrod III*
                                                    Henry F. (Hank) Sherrod III
                                                    (ASB-1200-D63H)
                                                    One of Plaintiff's Attorneys

Henry F. Sherrod, III
HENRY F. SHERROD, III, P.C.
PO Box 606
Florence, AL  35631-0606
hank@alcivilrights.com

<table>
<tr><td></td><td>/s/ Theresa Kleinhaus<br>Theresa Kleinhaus<br>One of Plaintiff's Attorneys</td></tr>
</table>

Russell Rourke Ainsworth
Ruth Zemel Brown
Sarah Grady
Theresa Kleinhaus
LOEVY & LOEVY
311 N. Aberdeen Third Floor
Chicago, IL 60607
tess@loevy.com

<table>
<tr><td></td><td>/s/ Philip G. Piggott<br>Philip G. Piggott (ASB-4379-P67P)<br>Counsel for Defendant, Dr. Walter Wilson</td></tr>
</table>

Philip G. Piggott
STARNES DAVIS FLORIE LLP
PO Box 598512
Birmingham, AL 35259-8512
pgp@starneslaw.com

<table>
<tr><td></td><td>/s/ Alan B. Lasseter<br>Alan B. Lasseter (ASB-0854-S82A)<br>Counsel for Plaintiff</td></tr>
</table>

Alan B. Lasseter
LASSETER LAW FIRM, P.C.
19 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
alan@lasseterlaw.com