FILED
2018 Feb-22  AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN THOMAS MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17 CV 180-MHH-JEO |
| ) | |
| COMMISSIONER JEFFERSON DUNN ) | |
| *et al.*, ) | |
| ) | |
| Defendants. | |

### UNOPPOSED MOTION FOR
### LEAVE TO APPEAR *PRO HAC VICE*

Now comes Roshna Bala Keen, of the law firm Loevy & Loevy and hereby respectfully moves the Court for leave to file an appearance *pro hac vice* in the above-captioned case on behalf of Plaintiff John Miller. In support of this motion, Ms. Keen states as follows:

1.  Ms. Keen works at Loevy & Loevy, the firm that Plaintiff John Miller retained to represent him in this matter. Ms. Keen is an attorney in good standing in the State of Illinois. She has also been admitted to and is a member in good standing of multiple federal courts, including the United States District Court for the Northern District of Illinois.

2.  Ms. Keen was admitted to practice in the State of Illinois on January 4, 2005. She was admitted to practice in the United States District Court for the Northern District of Illinois on March 9, 2006. She was admitted to practice in the United States District Court for the Eastern District of Wisconsin on May 20, 2013. She was admitted to practice in the United States District Court for the Central District of Illinois on August 26, 2014.

She was admitted to practice in the United States District Court for the Western District of Michigan on February 1, 2016.

3. Ms. Keen has never been suspended, disbarred, or subject to disciplinary measures of any kind by any state bar, federal bar, or any other licensing body.

4. As noted above, Ms. Keen is employed as an attorney at Loevy & Loevy in Chicago, Illinois. Her mailing address is 311 North Aberdeen, 3rd Floor, Chicago, IL 60607. Her telephone number is (312) 243-5900 and her facsimile number is (312) 243-5902. Her email address is roshna@loevy.com. She resides in Chicago, Illinois.

5. A Letter of Good Standing from the Supreme Court of Illinois is attached to this motion as Exhibit A.

6. Immediately following the filing of this motion, Ms. Keen will be making the required payment for admissions *pro hac vice* of $50 via the Court's CM/ECF system.

7. The undersigned local counsel, Henry F. Sherrod, has reviewed this Motion and does not oppose it.

Wherefore, Roshna Bala Keen respectfully requests that the Court grant her leave to appear *pro hac vice* on behalf of Plaintiff John Miller in this matter.

    Respectfully submitted,
    /s/ Roshna Bala Keen
    Roshna Bala Keen

    /s/ Henry Sherrod
    Henry F. Sherrod, III

Russell Ainsworth
Ruth Brown

Teresa Kleinhaus
Sarah Grady
Roshna Bala Keen
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Henry F Sherrod, III
HENRY F SHERROD III PC
119 South Court Street
P.O. Box 606
Florence, AL 35631-0606
(256) 764-4141
hank@alcivilrights.com

## **CERTIFICATE OF SERVICE**

  I, Roshna Bala Keen, an attorney, hereby certify that on February 22, 2018, I filed the foregoing motion via the Court's CM/ECF system and thereby served a copy on all counsel of record.

                Respectfully submitted,
                /s/ Roshna Bala Keen
                Roshna Bala Keen