FILED
2018 Jun-20  AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# NOTICE TO COUNSEL

This case is being reassigned from Judge Virginia Emerson Hopkins to Judge Annemarie Carney Axon.  Please use case number **4:17-cv-180-ACA** on all subsequent pleadings.

Done on June 20, 2018.