# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris  
Clerk

Joe Musso  
Chief Deputy

| | |
|---|---|
| John Thomas Miller, | } |
| Plaintiff, | } |
| v. | } Case Number: 4:17-cv-180-ACA-JEO |
| Jefferson Dunn, et al., | } |
| Defendant. | } |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Virginia Emerson Hopkins. Please use case number 4:17-cv-180-VEH-JEO on all subsequent pleadings.

DATED: June 21, 2018

SHARON N. HARRIS, CLERK

By: K. Kimbrough  
Deputy Clerk

xc: Judges  
Counsel