UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris                                                                 Joe Musso

Clerk                                                                                   Chief Deputy

FILED
2018 Oct-23 PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## NOTICE OF REASSIGNMENT

This case is being reassigned from Judge Virginia Emerson Hopkins to Judge Liles C. Burke. Please use case number **4:17-CV-180-LCB-JEO** on all subsequent pleadings.

DATED: October 23, 2018

SHARON N. HARRIS, CLERK

By:__*Kimberly Clark*_____
Deputy Clerk

SNH: kwc

xc:    Judges
       Counsel