# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

JOHN THOMAS MILLER,    )
       )
    Plaintiff,    )
       )
v.    )    Case No.: 4:17-CV-180-VEH
       )
JEFFERSON S. DUNN, et al.,    )
       )
    Defendants.    )

## AFFIDAVIT REGARDING MORGAN COUNTY JAIL MAILING PROCEDURES

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Alabama,

personally appeared Aaron Dawson, who is made known to me and who, being by me first duly

sworn, deposes and says as follows:

1. My name is Aaron Dawson. I am over the age of eighteen (18) and a resident of Cullman

County. I have personal knowledge of the facts set forth below.

2. I am employed by the Morgan County Sheriff's Office and I am the Warden of the
Morgan

County Jail. I have worked in the jail since 2012.

3. Prisoners at the Morgan County Jail deposit their mail into the prison mail system at the

jail. The maintenance staff at the Morgan County Courthouse then collects the mail from the jail,

and also from the Sheriff's Office and all offices in the courthouse, and delivers it to the post

office in Decatur, Alabama.

4. This was the same practice in 2015. I am not aware of the mail from prisoners in the

Morgan County Jail ever being delivered to Birmingham.

_____
Aaron Dawson

STATE OF ALABAMA )

MORGAN COUNTY )

I, the undersigned, a Notary Public, State of Alabama at Large, do hereby certify that on this day before me personally appeared Aaron Dawson to me known and known to be the person described in and who executed the foregoing Affidavit Regarding Morgan County Mailing Procedures and acknowledged before me that on this date being informed of the contents of said Affidavit Regarding Morgan County Mailing Procedures the contents of the foregoing Affidavit are true and accurate to the best of his knowledge and belief.

In witness whereof, I have hereunto set my hand and affixed my official seal this 24 day of September, 2018.

(Notarial Seal)

Notary Public

My Commission Expires: 8-17-2022