FILED
2019 Jan-18  PM 06:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit E

Form 11 Word Revised 9/08

Submit in Duplicate

STATE OF ALABAMA PERSONNEL DEPARTMENT
RECOMMENDATION FOR PERSONNEL ACTION

| 1. Name of Employee | | | | 2. Social Security Number | 3. Salary |
|---|---|---|---|---|---|
| Grantt | D | | Culliver | | $4,870.10   semi-mo. |
| First | MI | | Last | | |

| 4. Position Number | 5. Class Title/Code | 6. Class Option Title/Code |
|---|---|---|
| 0550104 | Corrections Associate Commissioner   (60795) | (000) |

| 7. Department/Code | 8. Division/Code | 9. Effective Date |
|---|---|---|
| Corrections   (005) | Commissioner   (1000) | 11/30/2018 |

| INSTRUCTIONS | KIND OF ACTION | |
|---|---|---|
| Item 11 requires signature of both department heads. | 10. Transfer within department ...................... ☐ | 18. Retirement ............................................. ☒ |
| | 11. Transfer to another department ................ ☐ | Disability ................. ☐   Service ......... ☒ |
| Items 11, 13, 14, 15, 21 require approval of Personnel Director before action is official. | 12. Suspension.............................................. ☐ | 19. Expiration of temporary appointment........... ☐ |
| Items 12, 13, 14, 15 must have copy of letter to employee attached. If voluntary demotion, letter from employee should be attached. | 13. Demotion ................................................. ☐ | 20. Expiration of provisional appointment........... ☐ |
| | 14. Layoff...................................................... ☐ | 21. Leave Without Pay   ................................ ☐ |
| Item 17 should have copy of letter of resignation or confirmatory letter from department attached. | 15. Dismissal ................................................. ☐ | 22. Returned from LWOP ................................ ☐ |
| | 16. Separation by death ................................ ☐ | 23. Military Leave Without Pay ....................... ☐ |
| | 17. Resignation ............................................. ☐ | 24. Returned from Military LWOP ...................... ☐ |
| | | 25. Other ............................................ ☐ |

| ITEMS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| 26. Department/Code (Items 10 and 11) | _____ ( ) | _____ ( ) |
| 27. Division/Code (Items 10 and 11) | _____ ( ) | _____ ( ) |
| 28. County of Employment/Code (Items 10 and 11) | _____ ( ) | _____ ( ) |
| 29. Class Title/Code (Items 10, 11, 13) | _____ | _____ |
| 30. Class Option/Code (Items 10, 11, 13) | _____ ( ) | _____ |
| 31. Dates (Items 12, 21, 22 , 23 and 24) | _____ | _____ |
| 32. Salary (Item 13) | _____ | _____ |
| 33. Position Number (Items 10, 11 and 13) | _____ | _____ |

STATE PERSONNEL DEPT
PAYROLL AUDIT
2018 NOV 30   PM 3 46

| 34. If action is item 13, 15, 17 or 18, is reemployment recommended? (Y/N) | N | (If "No", explanation must be given.) |
|---|---|---|

35. Remarks
Annual 438.15, Comp .08, Holiday 16, Sick 1173

| 36. Signed (Appointing Authority) | _[signature]_ | Date   31 OCT 18 |
|---|---|---|
| 37. Signed (Appointing Authority) | | Date |
| 38. Approved (Personnel Director) | | Date |

CulliverGD SPD000001

PLAINTIFFS008912

Form 11 Word Revised 9/08

Submit In Duplicate

STATE OF ALABAMA PERSONNEL DEPARTMENT
RECOMMENDATION FOR PERSONNEL ACTION

| 1. Name of Employee | | | | 2. Social Security Number | 3. Salary | |
|---|---|---|---|---|---|---|
| Grantt | D | | Culliver | | $4,870.10    semi-mo. | |
| First | MI | | Last | | | |

| 4. Position Number | 5. Class Title/Code | | 6. Class Option Title/Code | |
|---|---|---|---|---|
| 0550104 | Corrections Associate Commissioner | (80795) | | (000) |

| 7. Department/Code | | 8. Division/Code | | 9. Effective Date |
|---|---|---|---|---|
| Corrections | (005) | Commissioner | (1000) | 11/30/2018 |

**INSTRUCTIONS**

Item 11 requires signature of both department heads.

Items 11, 13, 14, 16, 21 require approval of Personnel Director before action is official.

Items 12, 13, 14, 15 must have copy of letter to employee attached. If voluntary demotion, letter from employee should be attached.

Item 17 should have copy of letter of resignation or confirmatory letter from department attached.

**KIND OF ACTION**

10. Transfer within department ................. ☐
11. Transfer to another department ................. ☐
12. Suspension ................. ☐
13. Demotion ................. ☐
14. Layoff ................. ☐
15. Dismissal ................. ☐
16. Separation by death ................. ☐
17. Resignation ................. ☐

18. Retirement ................. ☒
    Disability ................. ☐    Service ................. ☒
19. Expiration of temporary appointment ................. ☐
20. Expiration of provisional appointment ................. ☐
21. Leave Without Pay ................. ☐
22. Returned from LWOP ................. ☐
23. Military Leave Without Pay ................. ☐
24. Returned from Military LWOP ................. ☐
25. Other ................. ☐

| ITEMS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| 26. Department/Code (Items 10 and 11) | ( ) | ( ) |
| 27. Division/Code (Items 10 and 11) | ( ) | ( ) |
| 28. County of Employment/Code (Items 10 and 11) | ( ) | ( ) |
| 29. Class Title/Code (Items 10, 11, 13) | ( ) | ( ) |
| 30. Class Option/Code (Items 10, 11, 13) | ( ) | ( ) |
| 31. Dates (Items 12, 21, 22, 23 and 24) | | |
| 32. Salary (Item 13) | | |
| 33. Position Number (Items 10, 11 and 13) | | |

| 34. If action is Item 13, 15, 17 or 18, is reemployment recommended? (Y/N) | N | (If "No", explanation must be given.) |
|---|---|---|

35. Remarks
Annual 438.15, Comp .08, Holiday 16, Sick 1173

| 36. Signed (Appointing Authority) | | Date 31 OCT 18 |
|---|---|---|
| 37. Signed (Appointing Authority) | | Date |
| 38. Approved (Personnel Director) | | Date |

CulliverGD SPD000002

**PLAINTIFFS008913**





# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL  36130-1501
(334) 353-3883

KAY IVEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER

October 31, 2018

To Whom It May Concern:

Grantt D Culliver is not recommended for reemployment due to alleged violation of Adm. Reg. 208, "Employee Standards of Conduct and Discipline".

Sincerely,

Jefferson S. Dunn
Commissioner

JSD/ks

CulliverGD SPD000003
**PLAINTIFFS008914**



**ERS Application for Retirement**
Employees' Retirement System of Alabama
PO Box 302150, Montgomery, Alabama 36130-2150
877.517.0020 • 334.517.7000 • www.rsa-al.gov

**Your SSN**

| Your Information | |
|---|---|
| Name | GRANTT   DeWAYNE   CULLIVER |
| | First     Middle/Maiden     Last |
| Address | |
| Telephone Number | Email Address |
| Date of Birth | |

**Retirement Information**

A completed *DIRECT DEPOSIT AUTHORIZATION* must be submitted to the ERS to authorize remittance to the bank/financial institution.

Employer CORRECTIONS - State of Al

Check One: ☒ Service Retirement ☐ Disability Retirement (*REPORT OF DISABILITY packet must also be submitted*)

Date of Retirement DECEMBER 1, 2018 (*This date is always the first of a month*)

Complete only if employing agency allows conversion of sick leave days to retirement credit. (check only one)
☐ I wish to have accrued unused sick leave days converted to retirement service credit.
☒ I wish to receive a lump sum payment for my unused sick leave in lieu of retirement service credit.

**Beneficiary Designation**

*Divorce or annulment of a marriage shall not revoke or void the designation of a spouse as beneficiary for any benefits payable by RSA.*

The beneficiary to whom I should like to receive any benefit due at my death

Relationship to me                     Sex ☐ Male ☒ Female

Social Security Number                 Date of Birth

If the designated beneficiary listed above is different from that listed on my active account, make the change effective (check one):
☒ Upon the submission of this signed and notarized application to the ERS.
☐ On the date of my retirement.

**Member Authorization**

**Sign Here**

Your Signature *[signature]*                Date 10/25/18

STATE OF Alabama , COUNTY OF State-at-Large

On the 25th day of October , 20 18 , personally appeared before me, the above named individual and acknowledged under oath that the statements made are true.     (Seal)

Signature of Notary Public *[signature]*     My Commission Expires 6-16-2021

**Employer Certification**

*To be completed by the employing agency*

*No contributions should be made on lump sum leave pay. Notify ERS of any changes (e.g. contributions, sick leave, etc.).*

**Sign Here →**

Last date of compensated employment 11/30/2018

Date of Termination 11/30/2018

Retiring Employee's Job Classification Corr. Assoc. Commissioner

Additional contributions with date of deductions N/A
*(i.e. extra pay period, overtime, etc.)*

Indicate/explain periods with no deductions N/A
*(i.e. leave without pay, etc.)*

Project/certify amount of deductions for last 4 months for which contributions will be submitted:

| | | | |
|---|---|---|---|
| Oct | 827.92 | Apr | |
| Nov | 827.92 | May | |
| Dec | | Jun | |
| Jan | | Jul | |
| Feb | | Aug | 863.82 |
| Mar | | Sep | 827.92 |

Total accrued/unused sick leave days at date of retirement for which no lump sum payment will be made

Employer Signature E. Taylor Rowe     Date 10.31.2018

Telephone Number 334-353-8526

ERS_FORM10

REV 11-17

CulliverGD SPD000004
**PLAINTIFFS008915**




KAY IVEY
GOVERNOR

# State of Alabama
# Department of Corrections
Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

JEFFERSON S. DUNN
COMMISSIONER

September 25, 2018

Mrs. Jackie Graham
State Personnel Director
300 Folsom Administrative Building
64 North Union St.
Montgomery, AL 36130-4100

Dear Mrs. Graham:

The Department of Corrections is requesting written approval to extend Grantt C. Culliver, SS# XXX-XX-████, Associate Commissioner of Operations (Class Code 60795-027), ADOC Central Office (Division 1000), Montgomery, Alabama on mandatory leave with pay for a period of up to ten workdays effective September 28, 2018 in accordance with 670-X-15-.06, Rules of the State Personnel Board.

Mandatory leave is deemed necessary and in the best interests of the Department due to the nature of the allegations against him.

I have enclosed a copy of the extended mandatory leave placement memorandum to the employee for your review. Your approval of this request is appreciated.

Sincerely,

Jefferson S. Dunn
Commissioner

JSD:dm

Enclosure(s): As stated

cc:    Anne A. Hill
       ADOC Personnel Division

       William R. Lawley III
       ADOC Personnel Div. Dir.

Approved:
Jackie Graham

CulliverGD SPD000005
**PLAINTIFFS008916**



**KAY IVEY**
GOVERNOR

# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



**JEFFERSON S. DUNN**
COMMISSIONER

September 25, 2018

MEMORANDUM

TO:        Grantt Culliver, Associate Commissioner of Operations
           ██████████████

FROM:      Jefferson S. Dunn
           Commissioner

SUBJECT:   Mandatory Leave Placement
           Effective September 28, 2018          

Your mandatory leave with pay is being extended for a period of up to ten (10) workdays effective September 28, 2018.

This action is necessary as your absence from work is deemed to be in the best interests of the Department due to the nature of the allegations against you.

Mandatory leave will be charged against your annual leave balance. Should your leave balance be exhausted, the mandatory leave will be without pay.

If you have any questions or need any further information regarding reasons for mandatory leave placement, please consult Personnel Director William Lawley.

JSD:dm

cc:    Anne A. Hill
       ADOC Chief of Staff

       William R. Lawley III
       ADOC Personnel Director

*Acknowledgement:*

_____
Grantt C. Culliver

_____
Date

CulliverGD SPD000006
**PLAINTIFFS008917**



# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



**KAY IVEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

September 13, 2018

Mrs. Jackie Graham
State Personnel Director
300 Folsom Administrative Building
64 North Union St.
Montgomery, AL 36130-4100



Dear Mrs. Graham:

The Department of Corrections is requesting written approval to place Grantt C. Culliver, SS# XXX-XX-██████ Associate Commissioner of Operations (Class Code 60795-027), ADOC Central Office (Division 1000), Montgomery, Alabama on mandatory leave with pay for a period of up to ten workdays effective September 14, 2018 in accordance with 670-X-15-.06, Rules of the State Personnel Board.

Mandatory leave is deemed necessary and in the best interests of the Department due to the nature of the allegations against him.

I have enclosed a copy of the mandatory leave placement memorandum to the employee for your review. Your approval of this request is appreciated.

Sincerely,

Jefferson S. Dunn
Commissioner

JSD:wl

Enclosure(s):  As stated

cc:     Anne A. Hill
        ADOC Chief of Staff

        William R. Lawley III
        ADOC Personnel Div. Dir.

*Approved:*
*Jackie Graham*



# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



KAY IVEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER

September 13, 2018

MEMORANDUM

TO:        Grantt C. Culliver, Associate Commissioner of Operations

FROM:    Jefferson S. Dunn
            Commissioner

SUBJECT:  Mandatory Leave Placement
            Effective September 14, 2018

You are placed on mandatory leave with pay for a period of up to ten (10) workdays effective September 14, 2018.

This action is necessary as your absence from work is deemed to be in the best interests of the Department due to the nature of the allegations against you.

Mandatory leave will be charged against your annual leave balance. Should your leave balance be exhausted, the mandatory leave would be without pay.

If you have any questions or need any further information regarding reasons for mandatory leave placement, please consult Personnel Director William Lawley.

JSD:wl

cc:   Anne A. Hill
       ADOC Chief of Staff

       William R. Lawley III
       ADOC Personnel Div. Dir.

*Acknowledgement*:

_____
Grantt C. Culliver

_____
Date

CulliverGD SPD000008

**PLAINTIFFS008919**



PLAINTIFFS008920



ROBERT BENTLEY
GOVERNOR

# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



JEFFERSON S. DUNN
COMMISSIONER

June 4, 2015



Grantt D. Culliver

Dear Mr. Culliver:

I am pleased to inform you that you have been promoted to Corrections Associate Commissioner effective June 1, 2015. Your salary will increase to $4391.80 semi-monthly, which you will receive on your July 1, 2015 paycheck.

Congratulations on your promotion. We are confident that you will satisfactorily complete the required six-month probationary period and provide a long valuable service to the Department of Corrections.

Sincerely,

Jefferson S. Dunn
Commissioner

JSD/dfw
CC: Commissioner's Office

# APPLICATION FOR EXAMINATION

**Form 3 ~ Revised March 2010**

DO NOT WRITE IN THIS SPACE

STATE PERSONNEL DEP
CERTIFICATION

2014 JUL -9 P 4:02

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P. O. BOX 304100
MONTGOMERY, ALABAMA 36130-4100
WWW.PERSONNEL.STATE.AL.US

AN EQUAL OPPORTUNITY EMPLOYER

ENTER LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER BELOW

**General Instructions**

A SEPARATE APPLICATION IS REQUIRED FOR EACH JOB. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

PRINT ALL INFORMATION LEGIBLY

Job Title of Examination (one per application): Correctional Associate Commissioner - 60795   60795 027   Option (if applicable): 027

Full Name: GRANTT   DeWAYNE   CULLEVER

Mailing Address:

Telephone Number: Home ( )   Cell ( )   Work 334 353 3839

The following information is required for governmental reporting or record keeping purposes:

Date of Birth   Sex (check one) 1. (X) Male 2. ( ) Female

Race (check one) 1.( ) White 2.(X) Black 3.( ) Hispanic 4.( ) Asian or Pacific Islander 5.( ) American Indian or Alaskan Native 6.( ) Other

**EDUCATION:**

High School Diploma or GED? (X) Yes ( ) No   CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.   1 2 3 4 5 6 7 8 9 10 11 12 College 1 2 3 (4)   ED 50 LC 100

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK. IF ONLINE, INDICATE BY * ASTERISK.

| Name and Location of School | Dates of Attendance From Month/Year | To | Credit Hours Earned Sem. Qtr. | Did You Graduate? Yes No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|
| Univ of Alabama, Birmingham AL | 1/98 | 1/99 | 9 | X | | Criminal Justice |
| Univ of Southern Mississippi Hattiesburg | 9/77 | 5/81 130 | | X | B/S 5/81 | American Studies |

**PROFESSIONAL LICENSE OR CERTIFICATE**

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|

LIST COURSES SUCCESSFULLY COMPLETED (AND HOURS EARNED) WHICH ARE PARTICULARLY RELATED TO POSITION (attach additional sheets, if needed)

| | | | | | |
|---|---|---|---|---|---|
| English | 15 | Criminal Justice | 3 | Incarceration | 15 |
| Psychology | 3 | Sociology | 3 | | |

## CERTIFICATION STATEMENT

I hereby certify, under penalty of perjury, that all statements on or attached to this application are true, correct, and complete. I further agree and understand that any false or deceptive information herein, regardless of time of discovery, may cause forfeiture on my part of any employment in the service of the State of Alabama and may prohibit me from being considered for future employment. I understand that all information on this application is subject to verification. I consent to criminal history background, military service, and employment checks. I agree to allow my employer/prospective employer to receive a copy of my Alabama Background Check report through ACJIC. If employed, I agree to electronic deposits of my payroll check and other state payments; and consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature:    Date: 7/9/14

Your name may be removed from an employment register for any disqualifying reason.

**PLAINTIFFS008922**

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER ███████

List three independent persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| James Deloach | ████████ | Retired |
| Gwendalyn Mosley | ████████ | State of Alabama |
| Greg Lovelace | ████████ | State of Alabama |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced to resign, resigned with disciplinary action pending, or resigned in lieu of termination from any job?   ( ) Yes   (X) No

If you answered Yes to the above question, provide an explanation noting any mitigating or extenuating circumstances in the space below. If necessary, you may use a separate sheet or sheets and attach to the application.

N/A

Have you ever been convicted of a misdemeanor or felony crime? (including pleading guilty or nolo contendere.)   ( ) Yes   (X) No
If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

N/A

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB. THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY
THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RÉSUMÉ IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer | Your Official Job Title |
|---|---|
| Alabama Dept. of Corrections | Correctional Incident Commander |
| Address | Type of Business |
| 301 S. Ripley, Montgomery Al | Law Enforcement |

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month 11 | Year 2009 | Month Present | Year | 67 | 40 | $ Per | $ Per | (X) Yes  ( ) No |

| Number/Title of Employees You Supervised On a Continuing Basis | Equipment You Operated |
|---|---|
| Correctional Officers III, II, I (44) | Computers |

Name, Title and Telephone Number of Supervisor   James Deloach, Associate Comm.   Reason for Leaving   N/A

Describe Your Duties in Detail
Supervises Correctional Wardens in areas of discipline, safety, security and custodial matters. The supervision of policies and procedures. Responsible for the safety, security and cleanliness. Counsels wardens on the many facets of proper run of employees. Works with institutions systems to create applications to enhance overall operations etc. etc.

CulliverGD SPD000012

PLAINTIFFS008923

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: ▮▮▮▮

**2. Employer** Alabama Institute of Corrections
Your Official Job Title: Technical Resource Producer
Address: 320 First Street NW, Washington, DC 20534
Type of Business: Corrections Training

| FROM | | TO | | Total | Number of Hours | Beginning Salary | | Ending Salary | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | Months | Per Week | | | | |
| | 2003 | | 2011 | N/A | N/A | $ | Per | $ | Per |

Number/Title of Employees You Supervised On a Continuing Basis: ☐
Equipment You Operated: —
Name, Title and Telephone Number of Supervisor: Evelyn Bush, Correctional Program Specialist  800-995-6433
Reason for Leaving: Contract Ended

Describe Your Duties in Detail: Participate with a team of consultants in delivering classroom and classroom instruction on subject matter involving corrections operations.

---

**3. Employer** ADOC - W.C. Holman C.F.
Your Official Job Title: Correctional Warden III
Address: Holman 3700 Atmore Al 36502
Type of Business: Law Enforcement

| FROM | | TO | | Total | Number of Hours | Beginning Salary | | Ending Salary | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | Months | Per Week | | | | |
| 08 | 2002 | 11 | 2008 | 87 | 40 | $ | Per | $ | Per |

Number/Title of Employees You Supervised On a Continuing Basis: 7 Warden II, Warden I, Bus. Mgr
Equipment You Operated: various
Name, Title and Telephone Number of Supervisor: Correctional Deputy, Freeland Lively  334-353-3307
Reason for Leaving: Promoted

Describe Your Duties in Detail: Served as Chief Operating Officer of a maximum security facility with a capacity of 1002 beds. Housing 150+ Death Row Inmates. Responsibilities include the Death Penalty and an operational budget of $11 million. Total authorized staff of 215.

---

**4. Employer** Alabama Dept. of Corrections
Your Official Job Title: CERT Coordinator
Address: 301 S. Ripley St. Montgomery, Al
Type of Business: Law Enforcement

| FROM | | TO | | Total | Number of Hours | Beginning Salary | | Ending Salary | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | Months | Per Week | | | | |
| 05 | 1989 | Present | | 169 | | $ | Per | $ | Per |

Number/Title of Employees You Supervised On a Continuing Basis: 5
Equipment You Operated: N/A
Name, Title and Telephone Number of Supervisor: Kim Thomas, ADOC Comm.  330-353
Reason for Leaving: N/A

Describe Your Duties in Detail: State Coordinator of Correctional Emergency Response Teams. Coordinate, direct and schedule training of the Team Personnel, purchase of equipment. Respond to facility emergency situations.

---

**5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.**

CulliverGD SPD000013
**PLAINTIFFS008924**

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER ████

**2. Employer** Alabama DOC - Fountain C.F.
Your Official Job Title: Correctional Warden III
Address: Fountain 3800 Atmore, Al
Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | Per | Per |
| 10 | 2001 | 08 | 2002 | 10 | 40 | | |

Number/Title of Employees You Supervised On a Continuing Basis: 7 Warden II, Bus. Mgr, Agricultural Worker
Equipment You Operated: Computer
Name, Title and Telephone Number of Supervisor: Greg Lovelace Deputy Comm Operations
Reason for Leaving: Transfered
Describe Your Duties in Detail: Chief Operating Officer of a medium security facility with a capacity of 1183 beds and a minimum annex, the plant with a capacity of 400 beds. An approximately budget of Appx $9 million. Provides day to day operational supervision of this facility.

**3. Employer** Alabama DOC - Holman CF
Your Official Job Title: Correctional Warden II
Address: Holman 3700 Atmore, Al 36502
Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | Per | Per |
| 06 | 1998 | 10 | 2001 | 28 | 40 | | |

Number/Title of Employees You Supervised On a Continuing Basis: 8 Correctional Supervisor Chief Officer
Equipment You Operated: Computer
Name, Title and Telephone Number of Supervisor: Charlie Jones Warden III
Reason for Leaving: Promotion
Describe Your Duties in Detail: Asst. Warden at a maximum security facility, responsible for day to day security operations, Respond to Warden III responsibilities in his absence.

**4. Employer** Alabama ADOC - Atmore Community Based Facility
Your Official Job Title: Correctional Warden I
Address: 9467 Highway 21, Atmore, Al
Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | Per | Per |
| 06 | 1994 | 03 | 1997 | 33 | 40 | | |

Number/Title of Employees You Supervised On a Continuing Basis: 4 Corr. Supervisor Night Shift I Chief
Equipment You Operated: Computer
Name, Title and Telephone Number of Supervisor: Frank Grisbald
Reason for Leaving: Transfered
Describe Your Duties in Detail: Chief Operating Officer of a minimum security facility housing 225 minimum custody inmates. Oversee day to day operations. Respond to community details, work crew leaders and employees.

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

CulliverGD SPD000014
PLAINTIFFS008925

# Grantt DeWayne Culliver

██████████

Work: 334 353 3872
Fax:   334 353 3967
Email: grantt.culliver@doc.alabama.gov

## Work Experience

### Correctional Institutional Coordinator

- November 2009 – Present, Commissioner's Office, Montgomery, Al

- Currently responsible for supervision of Wardens at fourteen state correctional facilities and two private facilities.  Duties include but are not limited to the recommendation on personnel corrective action; inspection of correctional facilities; interviewing applicants for the position of Warden; completing surveys; additional duties as assigned by the Associate Commissioner of Operations

### State Coordinator, Correctional Emergency Response Team

- May 1999 – Present   Alabama Department of Corrections

- Provide leadership and direction for the five regional CERT operations, coordinate, direct and schedule training of the teams.  Conduct readiness drills.  Purchase equipment.

### Correctional Warden III

- August 2002 – November 2009, W. C. Holman Correctional Facility,   Atmore, Al

- Chief Operating Officer of a maximum security facility with a capacity of 998 beds.  Housing Death Row inmates, an Administrative Segregation unit and a general population of 630 inmates with approximately 365 LWOP inmates.  Responsible for carrying out the death penalty in the State of Alabama.  With an operating budget of 11.5 million dollars and an authorized staffing of 227, (199 security).

### Consultant

- November 2003 – May 2008, Department of Justice, National Institute of Corrections

- Training instructor for "Managing Prison Security Systems Program"

- Training instructor for "Prison Staffing Analysis"

CulliverGD SPD000015
PLAINTIFFS008926

Page 2
Culliver

### Correctional Warden III
- October 2001 – August 2002, G. K. Fountain Correctional Facility, Atmore, Al

- Chief Operating Officer of a medium security facility with a capacity of 1133 beds and a minimum security facility with a capacity of 400 beds.

### Correctional Warden II
- June 1998 – October 2001, W. C. Holman Correctional Facility, Atmore, Al

- Asst. Warden of maximum security facility, responsible for day to day operations, administrative and security duties.

### Correctional Warden I
- March 1997 – June 1998, Atmore Community Based Facility, Atmore, Al

- Managed a community based correctional facility housing 225 minimum and community custody inmates.

### Education

### Graduate Courses
- 1993 – 1994  Criminal Justice Course Work

University of Alabama, Birmingham – Birmingham, AL

### Bachelor of Science
- 1977 – 1981  Major – American Studies
                        Minor – Journalism (Public Relations)

University of Southern Mississippi, Hattiesburg, MS

### Awards
- Commissioner's Award – 2008
- Warden III of the Year – 2004
- Warden III of the Year – 2002

CulliverGD SPD000016

**PLAINTIFFS008927**

**Interest and Activities**
- Volunteer for Youth Activities
- Attending College and Professional Sporting Events

- References furnished on request

CulliverGD SPD000017
**PLAINTIFFS008928**

ENTER ALL NINE DIGITS OF SOCIAL SECURITY NUMBER

## COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( )  Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement. Note: Must be active duty for other than training purposes.

2 ( )  Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.

3 ( )  Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( )  Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran who became of this disability is not then self qualified.

5 ( )  Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled on DD214 or other document and V.A. letter indicating permanent disability.

## COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

3 (2) Birmingham      5 ( ) Dothan       7 ( ) Linden        9 ( ) Montgomery    11 ( ) Florence     13 ( ) Huntsville
4 ( ) Decatur          6 ( ) Jacksonville  8 ( ) Mobile        10 ( ) Selma         12 ( ) Tuscaloosa   14 (3) Troy

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

## Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service    5 ( ) Friend/Relative          9 ( ) Legislative Representative   13 ( ) TV/Radio Commercial
2 (✓) Job Announcement Notice     6 ( ) Dept. News Bulletin      10 ( ) State Recruiter / Counselor  14 ( ) State Personnel Dept. Website
3 ( ) Newspaper                   7 ( ) Rehabilitation Services  11 ( ) State Personnel Dept. Information Board  15 ( ) Other Website
4 ( ) College Placement/Career Office  8 ( ) High School Counselor  12 ( ) Outreach Program (i.e. Church)  16 ( ) Other

## AVAILABILITY



Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to seven counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 7 counties and/or regions where you are willing to work  90  86  92  91  82  89  95

If you want to be considered for appointment by only certain state agencies, indicate here

Enter the earliest date you will be available to interview for employment (Your name will not appear on a list of eligibles until this date.)  07  09  14
                                                                                                        Month  Day  Year

Will you accept work involving overnight travel? (✓) Yes  ( ) No        Will you accept part-time work? ( ) Yes  (✓) No

Will you accept temporary work? ( ) Yes  (✓) No

Which shifts are you willing to work?  0. (✓) all shifts  1. ( ) 1st only  2. ( ) 2nd only  3. ( ) 3rd only  4. ( ) 1st and 2nd only  5. ( ) 1st and 3rd only  6. ( ) 2nd and 3rd only

NOTE: Your name will be placed on an inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

CulliverGD SPD000018
PLAINTIFFS008929

Form 11 Adobe Revised 9/08

STATE OF ALABAMA PERSONNEL DEPARTMENT
**RECOMMENDATION FOR PERSONNEL ACTION**

Submit in Duplicate

| 1. Name of Employee | | | 2. Social Security Number | 3. Salary |
|---|---|---|---|---|
| Grantt | D | Culliver | | $4,174.90  SA |
| First | MI | Last | | |

| 4. Position Number | 5. Class Title/Code | 6. Class Option Title/Code |
|---|---|---|
| 0550104 | Corrections Associate Commissioner ( 60795 ) | Correctional Operations ( 027 ) |

| 7. Department/Code | 8. Division/Code | 9. Effective Date |
|---|---|---|
| Corrections ( 005 ) | Commissioner's Office ( 1000 ) | 1/29/15 |

**INSTRUCTIONS**

Item 11 requires signature of both department heads.

Items 11, 13, 14, 15, 21 require approval of Personnel Director before action is official.

Items 12, 13, 14, 15 must have copy of letter to employee attached. If voluntary demotion, letter from employee should be attached.

Item 17 should have copy of letter of resignation or confirmatory letter from department attached.

**KIND OF ACTION**

| | | | |
|---|---|---|---|
| 10. Transfer within department | ☐ | 18. Retirement Disability ☐   Service ☐ | |
| 11. Transfer to another department | ☐ | 19. Expiration of temporary appointment | ☐ |
| 12. Suspension | ☐ | 20. Expiration of provisional appointment | ☐ |
| 13. Demotion | ☐ | 21. Leave Without Pay | ☐ |
| 14. Layoff | ☐ | 22. Returned from LWOP | ☐ |
| 15. Dismissal | ☐ | 23. Military Leave Without Pay | ☐ |
| 16. Separation by death | ☐ | 24. Returned from Military LWOP | ☐ |
| 17. Resignation | ☐ | 25. Other  Return to class w/ status | ☒ |

| ITEMS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| 26. Department/Code (Items 10 and 11) | _____ ( ) | Corrections ( 005 ) |
| 27. Division/Code (Items 10 and 11) | _____ SG ( ) | Commissioner's Office ( 1000 ) |
| 28. County of Employment/Code (Items 10 and 11) | APPROVED #22 ( ) | Montgomery ( 51 ) |
| 29. Class Title/Code (Items 10, 11, 13) | _____ ( ) | Correctional Institutional Coord ( 60765 ) |
| 30. Class Option/Code (Items 10, 11, 13) | JAN 30 2015 ( ) | |
| 31. Dates (Items 12, 21, 22 , 23 and 24) | _____ | |
| 32. Salary (Item 13) | _____ | $3,973.30 |
| 33. Postion Number (Items 10, 11 and 13) | _____ | 567965 |

| 34. If action is item 13, 15, 17 or 18, is reemployment recommended? | | (If "No", explanation must be given.) |
|---|---|---|

**35. Remarks**

Employee being returned to previous classification with status and salary.

08 H7
Step14
RTD 2/1/15

| 36. Signed (Appointing Authority) | William D. Shary Jr | Date | 1-29-2015 |
|---|---|---|---|
| 37. Signed (Appointing Authority) | | Date | |
| 38. Approved (Personnel Director) | Jacqui Graham | Date | 1-29-2015 |

CulliverGD SPD000019

**PLAINTIFFS008930**



**ROBERT BENTLEY**
**GOVERNOR**

# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



**KIM T. THOMAS**
**COMMISSIONER**

January 29, 2015

Ms. Jackie Graham
State Personnel Director
300 Folsom Administration Division
Montgomery, Alabama 36130

Re:  Reversion of Grantt D. Culliver to Institutional Coordinator

Dear Ms. Graham:

On August 1, 2014, Grantt Culliver was promoted to the position of Associate Commissioner of Operations for the Alabama Department of Corrections and is currently on probation in this classification.  By this letter, I am revoking and withdrawing the attached probationary performance appraisal and reverting Mr. Culliver to his previous merit system classification of Institutional Coordinator.   Grantt Culliver's reversion is effective today.

Sincerely,

*William G. Sharp Jr.*

William G. Sharp, Jr.
Commissioner
Alabama Department of Corrections

cc:  Grantt Culliver

CulliverGD SPD000020
**PLAINTIFFS008931**



CERTIFICATION OF ELIGIBLES
STATE OF ALABAMA
Personnel Department

CERTIFICATION NUMBER
1407003456

DATE
07/31/2014

DEPARTMENT IDENTIFICATION (DEPT/DIV)
CORRECTIONS
COMMISSIONER'S OFFICE

REGISTER TYPE
CURRENT (OPEN-COMPT.) 1

METHOD OF CERTIFICATION
MERIT SYSTEM PLUS TIES

SSAN

NAME AND ADDRESS
CULLIVER GRANT D

EMPLOYMENT TYPE
CURRENT (OPEN-COMPT.) 1
PERMANENT

POSITION NUMBERS

CLASSIFICATION (CODE/TITLE)
60795  CORRECTIONS ASSOCIATE COMM

COUNTY
51  MONTGOMERY

CLASS OPTION (CODE/TITLE)
CORRECTIONAL OPERATIONS

SALARY

VACANCIES  1
RACE
AGE LIMIT  27
SEX
ON TRAVEL  N
SHIFT WORK

PAGE
EEO-4/SMDEC

V.P.

GRADE
90.00
90.00
90.00

ACT.
C
C
C
A

POSITION NO. OF APPL.
D5581041

APPT. DATE

APPROVED #22

SELECTIVE CERTIFICATION CODE

2014 AUG 19 A 8:11
STATE PERSONNEL DEPT
CERTIFICATION

CERTIFIED PERSONNEL DIRECTOR

DATE CERTIFIED
7-31-14

CERTIFICATION RETURNED - APPOINTING AUTHORITY

DATE RETURNED
8-19-14

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

FORM 16, REV. 11/05

ORIGINAL

PLAINTIFFS008932

CulliverGD SPD000021



**ROBERT BENTLEY**
GOVERNOR

# State of Alabama
# Department of Corrections
### Personnel Division
Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501



**KIM T. THOMAS**
COMMISSIONER

August 18, 2014

Grantt D. Culliver

| | |
|---|---|
| SSN: | XXX-XX |
| Class: | Cor. Assoc. Comm |
| S/M Salary: | $3103.30 |
| Vacancies: | 1 |
| Certified: | 4 |
| Rank: | 1 Tied with 3 |
| Location: | Comm. Office |
| | Montg County |

Dear Mr. Culliver:

I am pleased to inform you that you have been promoted to Corrections Associate Commissioner effective August 1, 2014. Your beginning salary is $4174.90 semi-monthly, and you will receive your first check on August 29, 2014.

Congratulations on your appointment to the above position. We are confident that you will satisfactorily complete the required six-month probationary period and provide a long valuable service to the Department of Corrections.

Sincerely,

Kim T. Thomas
Commissioner

WRL/dfw
CC:  Commissioner's Office

Telephone (334) 353-9500          Fax (334) 353-9526

CulliverGD SPD000022
**PLAINTIFFS008933**

Form 3 ~ Revised March 2010

**DO NOT WRITE IN THIS SPACE**

STATE PERSONNEL DEP CERTIFICATION

2014 JUL -9 P 4:02

# APPLICATION FOR EXAMINATION

RETURN TO:  STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P. O. BOX 304100
MONTGOMERY, ALABAMA 36130-4100
WWW.PERSONNEL.STATE.AL.US

## AN EQUAL OPPORTUNITY EMPLOYER

ENTER LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER BELOW

**General Instructions**

A SEPARATE APPLICATION IS REQUIRED FOR EACH JOB. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

PRINT ALL INFORMATION LEGIBLY

Job Title of Examination (one per application):   CORRECTIONAL ASSOCIATE COMMISSIONER - 60795    60795 027    Option (if applicable): 027

Full Name   GRANTT    First    DEWAYNE    Middle    CULLIVER    Last

Mailing Address   House or Apartment Number    Street    City    State    County    Zip Code    E-mail Address

Telephone Number: Home (   )   Area Code    Cell   Area Code    Work 334 353 3839    Area Code

The following information is required for governmental reporting or record keeping purposes:

Date of Birth   (Month)   (Day)   (Year)    Sex (check one)  1. (X) Male    2. (  ) Female

Race (check one)  1. (  ) White  2. (X) Black  3. (  ) Hispanic  4. (  ) Asian or Pacific Islander  5. (  ) American Indian or Alaskan Native  6. (  ) Other

**EDUCATION:**

High School Diploma or GED? (X) Yes  (  ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1  2  3  4  5  6  7  8  9  10  11  12  College  1  2  3  (4)  HD 50  DC 200

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK. IF ONLINE, INDICATE BY *ASTERISK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Earned Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Univ of Alabama, Birmingham, AL | 1/98 | 1/99 | 9 | | | X | | Criminal Justice |
| Univ of Southern Mississippi Hattiesburg | 9/77 | 5/81 /30 | | | X | | B/S 5/81 | American Studies |

**PROFESSIONAL LICENSE OR CERTIFICATE**

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES SUCCESSFULLY COMPLETED (AND HOURS EARNED) WHICH ARE PARTICULARLY RELATED TO POSITION (attach additional sheets if needed)

| | | | | | |
|---|---|---|---|---|---|
| English | 15 | Criminal Justice | 3 | Journalism | |
| Psychology | 3 | Sociology | 3 | | 15 |

## CERTIFICATION STATEMENT

I hereby certify, under penalty of perjury, that all statements on or attached to this application are true, correct, and complete. I further agree and understand that any false or deceptive information herein, regardless of time of discovery, may cause forfeiture on my part of any employment in the service of the State of Alabama and may prohibit me from being considered for future employment. I understand that all information on this application is subject to verification, and I consent to criminal history background, military service, and employment checks. I agree to allow my employer/prospective employer to receive a copy of my Alabama Background Check report through ACJIC. If employed, I agree to electronic deposits of my payroll check and other state payments; and consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature   Date   7/9/14

Your name may be removed from an employment register for any disqualifying reason.

**PLAINTIFFS008934**

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: ▮▮▮▮

List three independent persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| James Deloach | | Retired |
| Gwendolyn Mosley | | State of Alabama |
| Greg Lovelace | | State of Alabama |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced to resign, resigned with disciplinary action pending, or resigned in lieu of termination from any job?  ( ) Yes  (X) No

If you answered Yes to the above question, provide an explanation noting any mitigating or extenuating circumstances in the space below. If necessary, you may use a separate sheet or sheets and attach to the application.

N/A

Have you ever been convicted of a misdemeanor or felony crime? (including pleading guilty or nolo contendere.)  ( ) Yes  (X) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

N/A

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB. THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

WORK HISTORY
THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RÉSUMÉ IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

1. Current or Last Employer: Alabama Dept. of Corrections
Address: 301 S. Ripley, Montgomery Al
Your Official Job Title: Correctional Institutional Coordinator
Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | | | |
| 11 | 2009 | Present | | 47 | 40 | $ Per | $ Per | (X) Yes ( ) No |

Number/Title of Employees You Supervised On a Continuing Basis: Correctional Warden III, II, I (NE)
Equipment You Operated: Computer
Name, Title and Telephone Number of Supervisor: James Deloach, Associate Comm
Reason for Leaving: N/A

Describe Your Duties in Detail: Supervise Correctional Wardens in areas of discipline, safety, security and custodial matters. The formulation of policies and procedures responsible for the safety, security and cleanliness. Council Wardens in the arrangement of Duty Times of employees. Works with automation systems to create applications to enhance overall operations in ADOC.

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: ▮▮▮▮

**2. Employer** National Institute of Corrections

Your Official Job Title: Technical Resource Provider

Address: 320 First Street NW, Washington, DC 20534

Type of Business: Corrections Training

| FROM | | TO | | Total Months | Number of Hours Per Week | |
|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | |
| | 2003 | | 2011 | N/A | N/A | $ |

Beginning Salary: $ ____ Per ____

Ending Salary: $ ____ Per ____

Number/Title of Employees You Supervised On a Continuing Basis: ____

Equipment You Operated: ____

Name, Title and Telephone Number of Supervisor: Evelyn Bush, Correctional Program Specialist   800-995-6423

Reason for Leaving: Consultant

Describe Your Duties in Detail: Participate with a team of consultants to deliver class work and training of subject matter involving corrections operations

---

**3. Employer** ADOC - W.C. Holman C.F.

Your Official Job Title: Correctional Warden III

Address: Holman 3700 Atmore Al 36502

Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | |
|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | |
| 08 | 2002 | 11 | 2009 | 87 | 40 | $ |

Beginning Salary: $ ____ Per ____

Ending Salary: $ ____ Per ____

Number/Title of Employees You Supervised On a Continuing Basis: 7 Warden II, Warden I, Bus. Mgr.

Equipment You Operated: Computer

Name, Title and Telephone Number of Supervisor: Gwendolyn Mosley, Institutional Coord.   334 353 3417

Reason for Leaving: Promotion

Describe Your Duties in Detail: Chief Operating Officer of a maximum security facility with a capacity of 1082 beds. Housing 150+ Death Row inmates. Fiscal-responsible for carrying out the Death Penalty with an operational budget of $11 million. Total authorized staff of 215.

---

**4. Employer** Alabama Dept of Corrections

Your Official Job Title: CERT Coordinator

Address: 301 S. Ripley St. Montgomery, Al

Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | |
|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | |
| 05 | 1999 | Present | | 169 | | $ |

Beginning Salary: $ ____ Per ____

Ending Salary: $ ____ Per ____

Number/Title of Employees You Supervised On a Continuing Basis: 5

Equipment You Operated: N/A

Name, Title and Telephone Number of Supervisor: Jim Thomas, ADOC Comm.   334 353

Reason for Leaving: N/A

Describe Your Duties in Detail: State Coordinator of Correctional Emergency Response Teams. Coordinate, Direct and schedule training of the teams. Oversee purchase of equipment. Respond to facility Emergency Situations.

---

**5.** USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

UnivSCD SPD000025

PLAINTIFFS008936

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER ████

**2. Employer** Alabama DOC - Fountain C.F.
Your Official Job Title: Correctional Warden III
**Address** Fountain 3800   Atmore, Al
Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | | |
| 10 | 2001 | 08 | 2002 | 10 | 40 | $ ____ Per ____ | $ ____ Per ____ |

Number/Title of Employees You Supervised On a Continuing Basis: 7 Warden II, Bus. Mgr, Psychologist etc.
Equipment You Operated: Computer
Name, Title and Telephone Number of Supervisor: Greg Lovelace   Deputy Comm. Operations
Reason for Leaving: Reclassified

Describe Your Duties in Detail:
Chief Operating Officer of a medium security facility with a capacity of 1133 beds and a maximum security stockade with a capacity of 500 beds. An combined/annual budget of Appx $9 million. Provide day to day operational supervision of this facility.

**3. Employer** Alabama DOC - Holman C.F.
Your Official Job Title: Correctional Warden II
**Address** Holman 3700   Atmore, Al 36502
Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | | |
| 06 | 1998 | 10 | 2001 | 28 | 40 | $ ____ Per ____ | $ ____ Per ____ |

Number/Title of Employees You Supervised On a Continuing Basis: 2 Assot. Supr. Cord Chrol Channel
Equipment You Operated: Computer
Name, Title and Telephone Number of Supervisor: Charlie Jones   Warden III
Reason for Leaving: Promotion

Describe Your Duties in Detail:
Asst. Warden of a maximum security facility. Responsible for day to day security operations. Responsible to Warden III. Responsible in his absence.

**4. Employer** Alabama ADOC - Atmore Community Based Facility
Your Official Job Title: Correctional Warden I
**Address** 9967 Highway 21, Atmore, Al
Type of Business: Law Enforcement

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | | |
| 06 | 1994 | 03 | 1997 | 33 | 40 | $ ____ Per ____ | $ ____ Per ____ |

Number/Title of Employees You Supervised On a Continuing Basis: 4 Capt. Various High Steward II Clerical
Equipment You Operated: Computer
Name, Title and Telephone Number of Supervisor: Frank Grissold
Reason for Leaving: Promoted

Describe Your Duties in Detail:
Chief Operating Officer of a minimum security facility housing 225 minimum security community inmates. Oversee day to day operations, foster community relations with civic leaders and employers.

**5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.**

SCANNED SPD000026
PLAINTIFFS008937

# Grantt DeWayne Culliver

▮▮▮▮▮▮▮▮▮▮

Work: 334 353 3872
Fax:   334 353 3967
Email: grantt.culliver@doc.alabama.gov

## Work Experience

### Correctional Institutional Coordinator

- November 2009 – Present, Commissioner's Office, Montgomery, Al

- Currently responsible for supervision of Wardens at fourteen state correctional facilities and two private facilities. Duties include but are not limited to the recommendation on personnel corrective action; inspection of correctional facilities; interviewing applicants for the position of Warden; completing surveys; additional duties as assigned by the Associate Commissioner of Operations

### State Coordinator, Correctional Emergency Response Team

- May 1999 – Present   Alabama Department of Corrections

- Provide leadership and direction for the five regional CERT operations, coordinate, direct and schedule training of the teams. Conduct readiness drills. Purchase equipment.

### Correctional Warden III

- August 2002 – November 2009, W. C. Holman Correctional Facility,   Atmore, Al

- Chief Operating Officer of a maximum security facility with a capacity of 998 beds. Housing Death Row inmates, an Administrative Segregation unit and a general population of 630 inmates with approximately 365 LWOP inmates. Responsible for carrying out the death penalty in the State of Alabama. With an operating budget of 11.5 million dollars and an authorized staffing of 227, (199 security).

### Consultant

- November 2003 – May 2008, Department of Justice, National Institute of Corrections

- Training Instructor for "Managing Prison Security Systems Program"

- Training Instructor for "Prison Staffing Analysis"

CULLIVER SPD000027

**PLAINTIFFS008938**

Page 2
Culliver

### Correctional Warden III

- October 2001 – August 2002, G. K. Fountain Correctional Facility, Atmore, Al

- Chief Operating Officer of a medium security facility with a capacity of 1133 beds and a minimum security facility with a capacity of 400 beds.

### Correctional Warden II

- June 1998 – October 2001, W. C. Holman Correctional Facility, Atmore, Al

- Asst. Warden of maximum security facility, responsible for day to day operations, administrative and security duties.

### Correctional Warden I

- March 1997 – June 1998, Atmore Community Based Facility, Atmore, Al

- Managed a community based correctional facility housing 225 minimum and community custody inmates.

## Education

### Graduate Courses

- 1993 – 1994  Criminal Justice Course Work
University of Alabama, Birmingham – Birmingham, AL

### Bachelor of Science

- 1977 – 1981  Major – American Studies
                 Minor – Journalism (Public Relations)
University of Southern Mississippi, Hattiesburg, MS

## Awards

- Commissioner's Award – 2008
- Warden III of the Year – 2004
- Warden III of the Year – 2002

PLAINTIFFS008939

**Interest and Activities**
- Volunteer for Youth Activities
- Attending College and Professional Sporting Events

- References furnished on request

**PLAINTIFFS008940**

ENTER ALL NINE DIGITS OF SOCIAL SECURITY NUMBER ████████

## COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement. Note: Must be active duty for other than training purposes.

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran who because of this disability is not them self qualified.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

## COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

3 (③) Birmingham    5 ( ) Dothan    7 ( ) Linden    9 (①) Montgomery    11 ( ) Florence    13 ( ) Huntsville
4 ( ) Decatur    6 ( ) Jacksonville    8 ( ) Mobile    10 ( ) Selma    12 ( ) Tuscaloosa    14 (②) Troy

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

## Where did you learn of this job? (check all that apply)

1 (✓) State Employment Service    5 ( ) Friend/Relative    9 ( ) Legislative Representative    13 ( ) TV/Radio Commercial
2 (✓) Job Announcement Notice    6 ( ) Dept. News Bulletin    10 ( ) State Recruiter / Counselor    14 ( ) State Personnel Dept. Website
3 ( ) Newspaper    7 ( ) Rehabilitation Services    11 ( ) State Personnel Dept. Information Board    15 ( ) Other Website
4 ( ) College Placement/Career Office    8 ( ) High School Counselor    12 ( ) Outreach Program (i.e. Church)    16 ( ) Other

## AVAILABILITY

**81 - Northwest Alabama**
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence

**82 - Huntsville/Decatur Area**
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan

**83 - Northeast Alabama**
10 Cherokee
25 DeKalb
28 Etowah

**84 - Jasper/Winfield Area**
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston

**85 - Tuscaloosa Area**
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa

**86 - Birmingham Area**
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair

**87 - East Central Alabama**
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa

**88 - Southwest Alabama**
12 Choctaw
13 Clarke
46 Marengo
65 Washington

**89 - Selma/Clanton Area**
11 Chilton
24 Dallas
53 Perry
66 Wilcox

**90 - Montgomery Area**
07 Autauga
26 Elmore
45 Lowndes
51 Montgomery

**91 - Phenix City Troy Area**
02 Barbour
06 Bullock
41 Lee
44 Macon
57 Russell

**92 - Mobile Area**
02 Baldwin
49 Mobile

**93 - South Central Alabama**
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe

**94 - Dothan Area**
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston

**95 - Statewide**
( You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to seven counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region and/or regions are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 7 counties and/or regions where you are willing to work **90  86  92  91  82  89  95**

If you want to be considered for appointment by only certain state agencies, indicate here ____

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) **07  09  14**  Month  Day  Year

Will you accept work involving overnight travel? (✓) Yes  ( ) No    Will you accept part-time work? ( ) Yes  (✓) No

Will you accept temporary work? ( ) Yes  (✓) No

Which shifts are you willing to work?  0. (✓) all shifts  1 ( ) 1st only  2 ( ) 2nd only  3 ( ) 3rd only  4 ( ) 1st and 2nd only  5 ( ) 1st and 3rd only  6. ( ) 2nd and 3rd only

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

09-JUL-2014 15:00    From:    ID:STATE    Page 31 of 31

PLAINTIFFS008941