FILED
2019 Feb-08 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JOHN THOMAS MILLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:17-cv-00180-LCB-JEO |
| JEFFERSON DUNN, et al., | ) ) | |
| Defendants. | ) | |
| MICHAEL STANLEY TOWNSEL, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:17-cv-00516-LCB-JEO |
| JEFFERSON DUNN, et al., | ) ) | |
| Defendants. | ) | |
| MICHAEL MCGREGOR, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:17-cv-00593-LCB-JEO |
| JEFFERSON DUNN, et al., | ) ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This matter is before the court on Plaintiffs' Motion to Compel and the Joint Motion for an extension of time in the above-captioned cases. (Docs. 89 & 92 in 4:17-cv-180-LCB-JEO; Docs. 71 & 74 in 4:17-cv-516-LCB-JEO; and Docs. 74 & 77 in 4:17-cv-593-LCB-JEO). They are set for oral argument before the

undersigned on **Wednesday, February 13, 2019, at 1:30 p.m. in Courtroom 3B at the Hugo L. Black Federal Courthouse, Birmingham, Alabama**.

**DONE** and **ORDERED**, this the 8th day of February, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge