FILED
2019 Feb-12 AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN THOMAS MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | Case No. 4:17-cv-00180-LCB-JEO |
| MICHAEL STANLEY TOWNSEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | Case No. 4:17-cv-00516-LCB-JEO |
| MICHAEL MCGREGOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | Case No. 4:17-cv-00593-LCB-JEO |

## **ORDER**

The oral argument on the pending motions in the above cases (Docs. 89 & 92 in 4:17-cv-180-LCB-JEO; Docs. 71 & 74 in 4:17-cv-516-LCB-JEO; and Docs. 74 & 77 in 4:17-cv-593-LCB-JEO) is rescheduled for **Tuesday, February 19, 2019, at 3:30 p.m. on the telephone. The call-in number is 888-808-6929 and**

**the passcode is 5917763**.  Because of the large number of counsel in the case, each side will be permitted to have only two counsel present arguments.

**DONE** and **ORDERED**, this the 12th day of February, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge