# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| JOHN THOMAS MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00180-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MICHAEL STANLEY TOWNSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00516-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| WILLIAM CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00563-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ANTHONY ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00564-KOB-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL MCGREGOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00593-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The following motions in the listed cases (Docs. 89 & 92 in 4:17-cv-180-LCB-JEO; Docs. 71 & 74 in 4:17-cv-0516-LCB-JEO; and Docs. 74 & 77 in 4:17-cv-593-LCB-JEO) are scheduled for a telephone status conference call on **Friday, February 22, 2019, at 10:30 a.m. The call-in number is 888-808-6929 and the passcode is 5917763**. Because of the large number of counsel in the case, each side will be permitted to have only two counsel participating in the call.

Any response to Plaintiffs' Motion to Compel Production of Certain Defendants' Emails filed February 15, 2019 (Doc. 97 in 4:17-cv-180-LCB-JEO; Doc. 80 in 4:17-cv-516-LCB-JEO; Doc. 43 in 4:17-cv-563-LCB-JEO; Doc. 52 in 4:17-cv-564-KOB-JEO and Doc. 82 in 4:17-cv-593-LCB-JEO) is due on **February 25, 2019**.

**DONE** and **ORDERED**, this the 20th day of February, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge