# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN THOMAS MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00180-LCB-JEO |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| MICHAEL STANLEY TOWNSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00516-LCB-JEO |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| WILLIAM CASEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00563-JEO |
| ) | |
| KIM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| ANTHONY ZELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00564-KOB-JEO |
| ) | |
| KIM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

| | | |
|---|---|---|
| MICHAEL MCGREGOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00593-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The court has conducted two telephone conference calls with counsel on the following motions: Docs. 89 & 92 in 4:17-cv-180-LCB-JEO; Docs. 71 & 74 in 4:17-cv-0516-LCB-JEO; and Docs. 74 & 77 in 4:17-cv-593-LCB-JEO.[1] As a result, it is hereby **ORDERED**:

1. The parties are to arrange the deposition of former Commissioner Billy Sharp at a mutually agreeable time and place after he has been provided counsel by the Office of the Attorney General of the State of Alabama;

2. Counsel for the defendants are to produce any relevant documents concerning former Associate Commissioner Grant Culliver's 2015 demotion and reinstatement by Commissioner Jefferson Dunn or a certification that the requested records and documents do not, to the best of their knowledge, exist or are not within their client's custody

---

1. These motions concern (1) discovery matters involving former Associate Commissioner Grant Culliver and (2) the need to extend various deadlines in all of the listed cases.

        and control;[2]

3. The motion concerning discovery regarding other alleged misconduct by Culliver (e.g., Doc. 89 in 4:17-cv-180-LCB-JEO) will be addressed separately in a subsequent order;

4. The motion concerning discovery regarding other alleged misconduct by Culliver (e.g., Doc. 89 in 4:17-cv-180-LCB-JEO) will be **STAYED until May 1, 2019**, with the consent of the parties;

5. The motion to extend various deadlines (e.g. Doc. 92 in 4:17-cv-180-LCB-JEO) will be addressed at a later date;

6. The motion concerning the lack of email production by the defendants (e.g., Doc. 97 in 4:17-cv-180-LCB-JEO) will be addressed separately;[3] and

7. Additional scheduling and proceedings concerning these motions will be addressed in the next status conference call[4] on **March 5, 2019, at 10:00 a.m.**[5]

---

2. During the call, counsel for the defendants identified eleven emails that were located. However, none appear to be relevant. That matter should be addressed by the parties, if necessary.

3. That motion is proceeding under a separate briefing order.

4. The call-in number is 888-808-6929 and the pass code is 5917763.

5. During this call, counsel should be prepared to discuss next steps if the matters are not resolved, including the production of a privilege log (attorneys' eyes only), additional briefing, and the need for an evidentiary hearing.

**DONE** and **ORDERED**, this the 4th day of March, 2019.

                                                            _____
                                                            **JOHN E. OTT**
                                                            Chief United States Magistrate Judge