# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| JOHN THOMAS MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00180-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MICHAEL STANLEY TOWNSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00516-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| WILLIAM CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00563-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ANTHONY ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00564-KOB-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| MICHAEL MCGREGOR, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:17-cv-00593-LCB-JEO |
|  | ) |  |
| JEFFERSON DUNN, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

# ORDER

The court has conducted three telephone conference calls with counsel on the following motions: Docs. 89 & 92 in 4:17-cv-180-LCB-JEO; Docs. 71 & 74 in 4:17-cv-0516-LCB-JEO; and Docs. 74 & 77 in 4:17-cv-593-LCB-JEO.[1]  As a result, it is hereby **ORDERED**:

1. The defendants are to identify and collect all documents in their custody and control concerning serious misconduct allegations and complaints against former Associate Commissioner Grant Culliver for the period January 1, 2013, to the present.  This will require a complete search of Alabama Department of Corrections files (*e.g.*, the EEOC Office, I & I, the Commissioner's Office, and the Office of the Inspector General);

2. The defendants shall produce a privilege log for any and all documents in their custody and control concerning serious

---

1. These motions concern (1) discovery matters involving former Associate Commissioner Grant Culliver and (2) the need to extend various deadlines in all of the listed cases.

misconduct allegations and complaints against former Associate Commissioner Grant Culliver for the period January 1, 2013, to the present for counsel for the plaintiffs by **March 20, 2019**;

3. The other matters raised in the motion concerning discovery regarding alleged misconduct by Culliver (e.g., Doc. 89 in 4:17-cv-180-LCB-JEO) will be further addressed separately in a subsequent order;

4. The motion concerning an extension of the various deadlines (*e.g.*, Doc. 92 in 4:17-cv-180-LCB-JEO) will be addressed at a later date;

5. The motion concerning the lack of email production by the defendants (*e.g.*, Doc. 97 in 4:17-cv-180-LCB-JEO and Doc. 43 in 4:17-cv-563 & 564) will be discussed in the next status conference call set for **March 20, 2019**; and

6. **Counsel for the parties (including counsel for Plaintiffs William Casey and Anthony Zeller)** shall participate in the next telephone status conference call on **Wednesday, March 20, 2019, at 4:15 p.m.**[2]

---

2. The call-in number is 888-808-6929 and the pass code is 5917763.

**DONE** and **ORDERED**, this the 6th day of March, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge