# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | Case Nos. 4:17-cv-00180 |
| **MICHAEL MCGREGOR** | ) | 4:17-cv-00593 |
| **MICHAEL TOWNSEL** | ) | 4:17-cv-00516 |
| | ) | |
| Plaintiffs, | ) | **Consolidated for Discovery Before** |
| | ) | **Magistrate Judge John E. Ott** |
| | ) | |
| **KIM THOMAS, et al.,** | ) | Hon. Judge Liles C. Burke |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, by and through their counsel, stipulate that all of Plaintiff John Miller's claims against Defendant State of Alabama and Defendant Ingram are hereby dismissed with prejudice, with the respective parties to bear their own costs.

Respectfully submitted,

*/s/ Ruth Brown*
Ruth Brown
One of Plaintiffs' Attorneys

Ruth Zemel Brown
Roshna Bala Keen
Theresa Kleinhaus
Rachel Brady
Megan Pierce
LOEVY & LOEVY
311 N. Aberdeen Third Floor
Chicago, IL 60607
Email: Tess@loevy.com

*/s/ Robert Northcutt*
Robert F. Northcutt (ASB-9358-T79R)
W. Allen Sheehan (ASB-7274-L69S)
C. Richard Hill, Jr. (ASB-0773-L72C)
*Counsel for Defendants*

CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069
Bob.Northcutt@chlaw.com
Rick.Hill@chlaw.com

*/s/ Bart Harmon*
Bart G. Harmon (ASB-4157-R61B)
Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Ruth Brown, an attorney, certify that on March 8, 2019, I served the foregoing Plaintiffs' Stipulation of Dismissal upon on all counsel of record via electronic filing.

/s/ Ruth Brown