# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN THOMAS MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00180-LCB-JEO |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| MICHAEL STANLEY TOWNSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00516-LCB-JEO |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| WILLIAM CASEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00563-JEO |
| ) | |
| KIM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| ANTHONY ZELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00564-KOB-JEO |
| ) | |
| KIM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| MICHAEL MCGREGOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:17-cv-00593-LCB-JEO |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

These matters are set for a telephone status conference on **Wednesday, June 26, 2019, at 4:00 p.m.** The parties are to use call-in number 888-808-6929 and passcode 5917763.  The court anticipates discussing a plan for disposition of Plaintiffs' Joint Motion to Compel Production of Certain Defendants' Emails (Doc. 97 in 4:17-cv-180-LCB-JEO; Doc. 71 in 4:17-cv-516-LCB-JEO; Doc. 43 in 4:17-cv-563-JEO; Doc. 52 in 4:17-cv-564-KOB-JEO; and Doc. 82 in 4:17-cv-593-LCB-JEO) and Plaintiffs' Joint Motion to Extend Deadlines (Doc. 92 in 4:17-cv-180-LCB-JEO; Doc. 74 in 4:17-cv-516-LCB-JEO; and Doc. 77 in 4:17-cv-593-LCB-JEO).

**DONE** and **ORDERED**, this the 21st day of June, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge