# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| JOHN THOMAS MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00180-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MICHAEL STANLEY TOWNSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00516-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| WILLIAM CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00563-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ANTHONY ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00564-KOB-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| MICHAEL MCGREGOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00593-LCB-JEO |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Following the status call in this matter on June 26, 2019, it is hereby

**ORDERED:**

1. The deadliness in the court's order concerning the Culliver matters are stayed until July 8, 2019;

2. These cases are set for another telephone status call on **Monday, July 8, 2019, at 4:00 p.m.**  The parties are to use call-in number 888-808-6929 and passcode 5917763;

3. The parties are to continue their discussions regarding resolution of the matters on the Plaintiffs' Joint Motion to Compel Production of Certain Defendants' Emails (Doc. 97 in 4:17-cv-180-LCB-JEO; Doc. 71 in 4:17-cv-516-LCB-JEO; Doc. 43 in 4:17-cv-563-JEO; Doc. 52 in 4:17-cv-564-KOB-JEO; and Doc. 82 in 4:17-cv-593-LCB-JEO) and Plaintiffs' Joint Motion to Extend Deadlines (Doc. 92 in 4:17-cv-180-LCB-JEO; Doc. 74 in 4:17-cv-516-LCB-JEO; and Doc. 77 in 4:17-cv-593-LCB-JEO);

4. If the parties do not resolve their differences by the July 8, 2019 call, they are to submit their last positions or proposals to the court for discussion during the conference call; and

5. As clarification, the court also states that the ruling on the Culliver motion (Doc. 89 in 4:17-cv-180-LCB-JEO; Doc. 71 in 4:17-cv-516-LCB-JEO; and Doc. 74 in 4:17-cv-593-LCB-JEO) is for discovery purposes only. Plaintiffs have preserved their right to seek admission of any evidence discovered, even if the undersigned found that it was not relevant for discovery purposes in the order on the motion (*See* Doc. 129 in 4:17-cv-180-LCB-JEO; Doc. 118 in 4:17-cv-516-LCB-JEO; and Doc. 113 in 4:17-cv-593-LCB-JEO) .

**DONE** and **ORDERED**, this the 27th day of June, 2019.

*John E. Ott*
_____
**JOHN E. OTT**
Chief United States Magistrate Judge