# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | Case Nos.  4:17-cv-00180 |
| **MICHAEL MCGREGOR** | ) | 4:17-cv-00593 |
| **MICHAEL TOWNSEL** | ) | 4:17-cv-00516 |
| **Plaintiffs,** | ) | **Consolidated for Discovery Before** |
| | ) | **Magistrate Judge John E. Ott** |
| | ) | |
| **KIM THOMAS, et al.,** | ) | Hon. Judge Liles C. Burke |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and among the parties, by their undersigned counsel, that the above-captioned cases, and all claims asserted therein, may be dismissed without prejudice and without costs to any party. The parties further stipulate and ask the Court to enter the accompanying order (attached as Exhibit A) providing that the cases are dismissed without prejudice upon entry of the Order of the Court and that the dismissal shall be deemed with prejudice after sixty (60) days from entry of the order unless a party moves the Court to reopen the case. If no party moves to re-open the case it shall be deemed full and finally dismissed with prejudice.

Respectfully submitted,

**LOEVY & LOEVY**
By:
/s/ *Theresa Kleinhaus*
Theresa Kleinhaus
Ruth Brown
Attorneys for Plaintiffs
311 N Aberdeen St - 3rd Fl Chicago, IL 60607
Telephone: (312) 243-5900
Fax: (312) 243-5902

**CAPELL & HOWARD**
*/s/ Robert F. Northcutt*
Robert F. Northcutt
C. Richard Hill, Jr.
W. Allen Sheehan
*Attorneys for Defendants*
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8049
Facsimile: (334) 323-8888

**ALABAMA DEPARTMENT OF CORRECTIONS**
*/s/ Bart G. Harmon*
Bart G. Harmon
*Counsel for Defendants*
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Telephone:  (334) 353-3881
Bart.Harmon@doc.alabama.gov