IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | Case Nos.  4:17-cv-00180 |
| **MICHAEL MCGREGOR** | ) | 4:17-cv-00593 |
| **MICHAEL TOWNSEL** | ) | 4:17-cv-00516 |
| Plaintiffs, | ) | Consolidated for Discovery Before |
| | ) | Magistrate Judge John E. Ott |
| | ) | |
| **KIM THOMAS, et al.,** | ) | Hon. Judge Liles C. Burke |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and among the parties, by their undersigned counsel, that the above-captioned cases, and all claims asserted therein, may be dismissed with prejudice and without costs to any party.

Respectfully submitted,

**LOEVY & LOEVY**
By:
/s/ *Theresa Kleinhaus*
Theresa Kleinhaus
Ruth Brown
*Attorneys for Plaintiffs*
311 N Aberdeen St - 3rd Fl Chicago, IL 60607
Telephone: (312) 243-5900
Fax: (312) 243-5902


**CAPELL & HOWARD**
/s/ *Robert F. Northcutt*
Robert F. Northcutt
C. Richard Hill, Jr.
W. Allen Sheehan
*Attorneys for Defendants*
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8049

Facsimile: (334) 323-8888


**ALABAMA DEPARTMENT OF CORRECTIONS**
*/s/ Bart G. Harmon*
Bart G. Harmon
*Counsel for Defendants*
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Telephone:  (334) 353-3881
Bart.Harmon@doc.alabama.gov

## CERTIFICATE OF SERVICE

    I, Theresa Kleinhaus, an attorney, certify that on July 29, 2020, I caused the foregoing Stipulation to be filed via the Court's CM/ECF electronic filing system and thus effected service on all counsel of record.

                                               /s/ Theresa Kleinhaus